UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GERALDO CRUZ, JR., | § |
| | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. M-06-105 |
| | § |
| E.C. TRADING, LTD,, *et al*, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

BE IT REMEMBERED that on this day, came on to be presented the above entitled and numbered cause, when came all the parties, through their respective attorneys of record, stipulate and announce to the Court that the parties hereto have entered into an accord and settlement in this cause, and that the consideration of the settlement had been paid in full, and the parties stipulate and agree that Judgment should be entered in favor of Defendant and against Plaintiff; It is accordingly,

ORDERED, ADJUDGED and DECREED that the Plaintiff take nothing by reason of this suit, and that the Defendants be discharged, and that such Defendants stand fully released, discharged, and acquitted. Costs of Court are taxed against the party incurring same.

SO ORDERED this 20th day of December, 2006, at McAllen, Texas.

_____
Randy Crane
United States District Judge